# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNILIO DILLA, an individual; ANGEL CADENA, an individual; RICARDO JESUS LÓPEZ MARTINEZ, an individual; JOSE IGNACIO CADENA, an individual; ANGEL MANUEL ROQUE, an individual; EDUARDO ANTONIO PINEDA, an individual; and JULIO JIMENEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BKB CONSTRUCTION, LP, a Texas Limited Partnership; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 2:16-cv-09414 SVW (AS)<br><br>[Hon. Stephen V. Wilson, Dept. 10A]<br><br>**ORDER RE: PARTIES' STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)(2)**<br><br>**JS-6**<br><br>Action removed: December 20, 2016<br>Trial date:      August 15, 2017<br><br>\*\*Note Changes Made by Court\*\* |

Based on the Parties' Stipulation and for good cause shown, it is hereby ordered as follows:

1. The action, including all of Plaintiffs' claims, is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2);

///

///

///

2. That each party bear its own attorney's fees and costs incurred in the action; and

3. ~~The Court hereby retains jurisdiction to enforce the Parties' settlement agreement.~~

**IT IS SO ORDERED.**

DATE: June 30, 2017

Honorable Stephen V. Wilson
United States District Court Judge